Opinion filed July 10, 2008











 
 
  
 
 







 
 
  
 
 




Opinion filed July 10,
2008

 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-08-00160-CV 

                                                    __________

 

              FRANCISCO
JACOBO AND HOPE D. JACOBO, Appellants

 

                                                             V.

 

    ECTOR COUNTY
INDEPENDENT SCHOOL DISTRICT ET AL, Appellees

 



 

                                         On
Appeal from the 244th District Court

                                                           Ector
County, Texas

                                                 Trial
Court Cause No. C-8295-T

 



 

                                              M
E M O R A N D U M   O P I N I O N

 

Appellants
have filed in this court a motion to dismiss their appeal.  In the motion,
appellants request that we grant their motion and enter a dismissal of their
appeal.  See Tex. R. App. P.
42.1.  Appellants=
motion is not opposed by appellees.

The
motion is granted, and the appeal is dismissed.  

 

PER CURIAM

July 10, 2008

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.